# Order

Michigan Supreme Court
Lansing, Michigan

July 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146447

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                              SC: 146447
                                               COA: 307767
                                               Kalamazoo CC: 2006-001743-FC
MARVIN TAWON ALLEN,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 19, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



Clerk

s0722